

# In the Missouri Court of Appeals
# Eastern District

JANUARY 21, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED100092    METRO STL SEWER DISTRICT, RES V. C. PIERCE, APP